COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No   01-18-00155-CR, *Jermie Julien v. The State of Texas*

On appeal from the 184th District Court of Harris County, Texas, Trial Court Case No. 1549176

Pursuant to Texas Rule of Appellate Procedure 34.6(d), the trial court clerk is **ordered** to prepare, certify, and file a supplemental record containing the State's Exhibits 1, 2, 3, 4, 5, 6 (911 call recordings) and State's Exhibits 15 and 17 (body camera videos).

The supplemental reporter's record shall be filed in the First Court of Appeals **no later than Wednesday, March 27, 2019.**

The Clerk of this Court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return them to the clerk of the 184th District Court.

It is so ORDERED.

Judge's signature:     ___/s/ Justice Peter Kelly_____
                      Acting individually

Date:                 __March 26, 2019_____